E. V. P. HOLDING CORPORATION, Respondent, *v.* WILLIAM B. EVANS, Appellant.

(Argued December 12, 1933; decided January 9, 1934.)

*Joseph J. Schwartz* and *Herman Schwartz* for appellant.
*Saul I. Radin* and *Otto C. Sommerich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.